ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Oct 21, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| The Person of Keinyatey Deboros Chambers; 1570 Pebblestone Way, Sacramento CA, 95833; 2018 BMW Vehicle, CA 8YSD300, V IN # WBA4Z1C5XJEC73648; and 2013 Dode Vehicle, CA 8MIY852, VIN# 2C3CDYBT0DH541787 | 2:26-sw-0423 CKD |
| A silver iPhone with FBI Evidence number 1B1, currently located at the FBI Sacramento Field Office at 2001 Freedom Way, Roseville, California 95678 | 2:25-sw-0906 SCR |
| Information Associated with kennyd550@gmail.com that is stored at premises controlled by GOOGLE LLC | 2:25-sw-1051 SCR |
| Information Associated with kenbobo985@yahoo.com that is stored at premises controlled by YAHOO INC | 2:25-sw-1052 SCR |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: October 21, 2026

The Honorable Sean C. Riordan
UNITED STATES MAGISTRATE JUDGE